

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| DONALD SHADRACK BARRETT, | § | No. 08-14-00039-CR |
| Appellant, | § | Appeal from the |
| v. | § | County Criminal Court No. 7 |
| THE STATE OF TEXAS, | § | of Dallas County, Texas |
| State. | § | (TC# M1346036H) |
|  | § |  |

**O R D E R**

The Court GRANTS Trashuna R. Salaam's third request for an extension of time within which to file the Reporter's Record until **May 7, 2014.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Trashuna R. Sallam, Official Court Reporter for County Criminal Court No. 7 for Dallas County, Texas, prepare the Reporter's Record and forward the same to this Court on or before May 7, 2014.

IT IS SO ORDERED this 16th day of April, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.